No. 411, Misc. COLLINS *v.* SUPREME COURT OF CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 416, Misc. KAUMEYER *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 420, Misc. FURLONG *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 421, Misc. BROADBENT *v.* BROADBENT. Appellate Court of Illinois, First District. Certiorari denied. Petitioner *pro se.* *Leon N. Miller* for respondent.

No. 423, Misc. McGEE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 424, Misc. GERMANY *v.* HUDSPETH, WARDEN. C. A. 10th Cir. Certiorari denied. *Elisha Scott* for petitioner. *Harold R. Fatzer,* Attorney General of Kansas, and *Paul E. Wilson,* Assistant Attorney General, for respondent.

No. 425, Misc. SCHUCH *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 428, Misc. LEVITAS *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. Court of Appeals of New York and the Appellate Division of the Supreme Court of New York, First Department. Certiorari denied. Petitioner *pro se.* *Frank H. Gordon* for respondent.

No. 429, Misc. YOUNG *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.